FILED IN OPEN COURT

APR 2 6 2007

CHARLES R. DIARD, Jr
CLER

**GFM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 07-** _OD116 · CB_ |
| **v.** | * | **USAO NO: 07R00186** |
| | * | |
| **JAMES MCREYNOLDS, aka "CHICK" and** | * | **Violations: 21 USC § 846** |
| **BRANDON MCREYNOLDS** | * | **21 USC § 841(a)(1)** |

### INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

Beginning on or about January 1, 2000, and continuing until on or about the date of the return of this indictment, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

#### JAMES MCREYNOLDS, aka "CHICK" and
#### BRANDON MCREYNOLDS

did willfully, knowingly, and unlawfully combine, conspire, confederate and agree with one another and with Glen Darrington and with other persons, both known and unknown to the grand jury, to knowingly and intentionally, unlawfully distribute, and possess with the intent to distribute, a mixture and substance containing a detectable amount of cocaine, which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of crack cocaine involved in the conspiracy exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section

841(b)(1)(A).

## COUNT TWO

On or about April 13, 2006, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

### JAMES MCREYNOLDS, aka "CHICK" and
### BRANDON MCREYNOLDS

aided and abetted by Glenn Darrington and by other persons, both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute, and distribute a Schedule II controlled substance, to wit: approximately 173 grams of a mixture and substance containing a detectable amount of cocaine, which contains cocaine base, commonly known as crack cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of crack cocaine involved in the offense exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT THREE

On or about April 13, 2006, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

### JAMES MCREYNOLDS, aka "CHICK" and
### BRANDON MCREYNOLDS

aided and abetted by Glenn Darrington and by other persons, both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute, and distribute a Schedule II controlled substance, to wit: 56 grams of cocaine.

2

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

GEORGE H. MAY
Assistant U.S. Attorney

GREGORY A. BORDENKIRCHER
Assistant U.S. Attorney
Chief, Criminal Division                    APRIL 2007

3